FILED

2010 Jan-25  AM 10:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

REBECCA BOUTWELL,

     Plaintiff,

vs.                                           CASE NO. CV-08-J-631-NE

FEDERAL-MOGUL
POWERTRAIN, INC.,

     Defendant.

## JUDGMENT

     In accordance with the verdict of the jury, judgment is rendered in favor of the

defendant Federal-Mogul Powertrain, Inc., and against the plaintiff, Rebecca

Boutwell.  Costs are taxed against the plaintiff.

     **DONE** and **ORDERED** this the 25th day of January, 2010.


_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE